| | |
|---|---|
| **CV 22-00323 JAO-KJM** | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Jul 26, 2022<br>PAM HARTMAN BEYER, CLERK OF COURT<br>At  6  o'clock and 45  min   a.m. |

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]   ORDER SETTING STATUS CONFERENCE

for **Monday, September 26, 2022** at 9:30 a.m. before:

[]   Magistrate Judge Rom Trader via AT&T conference (Call: 1-888-363-4735 / Access Code 2070326)

[]   Magistrate Judge Wes Reber Porter via AT&T conference (Call: 1-888-278-0296 / Access Code: 8224751)

[✔]   Magistrate Judge Kenneth J. Mansfield via AT&T conference (Call: 1-877-848-7030 / Access Code 2123668

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Tuesday, July 26, 2022.

                                                  /s/ J. Michael Seabright
                                                  Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date    July 26, 2022         Signature _____
                                                              Atty (  ) Secy (  ) Messenger (  )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**