HOLLY T. SHIKADA          4017
Attorney General of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron M. Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Attorneys for Defendant
HOLLY T. SHIKADA, in her
Official Capacity as the Attorney
General of the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD YUKUTAKE and JUSTIN SOLOMON,<br><br>Plaintiffs,<br><br>vs.<br><br>HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaii,<br><br>Defendant. | CIVIL NO. 22-00323 JAO-KJM<br><br>DEFENDANT HOLLY T. SHIKADA, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF HAWAII'S ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE |

## DEFENDANT HOLLY T. SHIKADA, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF HAWAII'S ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendant Holly T. Shikada, in her Official Capacity as Attorney General for the State of Hawaii ("Defendant"), by and through her attorneys, Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby answers the Verified Complaint for Declaratory and Injunctive Relief filed on July 25, 2022.

### FIRST DEFENSE:

The Complaint fails to state any claim upon which relief can be granted against Defendant.

### SECOND DEFENSE:

a. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1, 2, 9, 15, 18, 29, 30, 31, 35, 36, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 79, and 80 of the Complaint.

b. For her answer to paragraph 3 of the Complaint, Defendant admits that she is the Attorney General of the State of Hawaii and that she is the chief law enforcement officer of the State of Hawaii. For her answer to the remainder of paragraph 3, Defendant states that the authorities cited therein speak for themselves.

c. For her answer to paragraph 4 of the Complaint, Defendant admits that this Court has subject matter jurisdiction over this action.

d. For her answer to paragraph 5 of the Complaint, Defendant admits that venue is proper with this Court.

e. For her answers to paragraphs 6, 7, 8, 10, 11, 12, 13, 14, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 32, 33, 34, 37, 46, 47, 48, 49, and 76 of the Complaint, Defendant states that the authorities cited in those paragraphs speak for themselves.

f. For her answers to paragraphs 72 and 75 of the Complaint, Defendant realleges her answers to the allegations realleged in those paragraphs.

g. Defendant denies the allegations in paragraphs 73, 74, 77, 78, and 81 of the Complaint.

h. Defendant denies each and every other allegation in the Complaint not heretofore admitted, controverted, and/or specifically denied.

THIRD DEFENSE:

Under the Eleventh Amendment to the Constitution of the United States, Defendant is immune from suit in federal court on Plaintiff's claims.

FOURTH DEFENSE:

Plaintiff's claims are barred by the doctrine of sovereign immunity.

FIFTH DEFENSE:

Defendant did not personally participate in or cause the deprivations complained of.

SIXTH DEFENSE:

Based on the allegations in the Complaint, Defendant cannot formulate all of her defenses at this time, and reserves the right to amend her answer to include additional affirmative defenses if and when discovery justifies the same.

WHEREFORE, Defendant requests that the Complaint be dismissed with prejudice and that she be awarded her reasonable attorney's fees and costs and such other relief as this Court deems appropriate.

DATED: Honolulu, Hawaii, August 17, 2022.

    STATE OF HAWAII

    HOLLY T. SHIKADA
    Attorney General
    State of Hawaii

    /s/ Kendall J. Moser
    KENDALL J. MOSER
    Deputy Attorney General

    Attorney for Defendant
    HOLLY T. SHIKADA, in her
    Official Capacity as Attorney
    General for the State of Hawaii